**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**DALE JON OATMAN,**

                      **Plaintiff,**

    v.                                                      **7:13-CV-595**
                                                                **(TJM/TWD)**
**COMMISSIONER OF SOCIAL SECURITY,**

                      **Defendant.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


## DECISION & ORDER

This matter was referred to the Hon. Thérèse Wiley Dancks, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York. In a Report and Recommendation dated July 30, 2014, Magistrate Judge Dancks recommended that the matter be remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with her Report and Recommendation. No objections to the Report and Recommendation have been lodged and the time for filing objections has expired.

## CONCLUSION

After examining the record, this Court has determined that the Report and Recommendation is not subject to attack for plain error or manifest injustice. Therefore, the Court **ADOPTS** the Report and Recommendation [dkt. # 15] for the reasons stated

1

therein, and the case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with Magistrate Judge Dancks' Report and Recommendation.

**IT IS SO ORDERED.**

**Dated:** September 4, 2014

_____
Thomas J. McAvoy
Senior, U.S. District Judge